John Weeks (Trading as "Weeks"), Respondent, v. Frances Alda

Casazza, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion granted. No opinion. Present — Clarke, P. J., McLaughlin, Dowling, Smith and Davis, JJ.